## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

KEVIN SHED,                          )
                                     )
                    Petitioner,      )
                                     )
vs.                                  )        Case No. CIV-18-378-M
                                     )
WARDEN GREILICK,                     )
                                     )
                    Respondent.      )

## ORDER

On June 1, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, challenging the legality of petitioner's sentence. The Magistrate Judge recommended that this Court dismiss this action without prejudice for lack of jurisdiction. The parties were advised of their right to object to the Report and Recommendation by June 22, 2018. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)    ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge on June 1, 2018, and

(2)    DISMISSES this action without prejudice for lack of jurisdiction.

**IT IS SO ORDERED this 28th day of June, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE